IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 1:06CR478 |
| Plaintiff, | ) | |
| v. | ) | Judge Christopher A. Boyko |
| DWAYNE HOOD, | ) | |
| Defendant. | ) | ORDER |

This matter was before the Court on September 22, 2020, for hearing on the Government's request for revocation of Defendant Dwayne Hood's supervised release. The Defendant was present and represented by counsel.

A Supervised Release Violation hearing was held by Magistrate Judge William H. Baughman, Jr. on January 15, 2020, at which time the Defendant admitted to failing to obtain permission to leave the judicial district. The Magistrate Judge issued a Report and Recommendation on the same date. The Court adopts the Magistrate Judge's Report and Recommendation and finds Defendant in violation.

The Defendant's supervision is continued at this time. The Defendant shall be permitted to travel as necessary to get to work. All previously ordered conditions remain in effect.

IT IS SO ORDERED.

      s/ Christopher A. Boyko
      CHRISTOPHER A. BOYKO
      SENIOR UNITED STATES DISTRICT JUDGE

DATED: October 7, 2020

Time: 15 minutes